# McGowan Harringt

120 White Plains Road, Suite 4
222 North Main St
Tel.: (8

MATTHEW G. PARISI, ESQ.
P: (845) 323-4940
E: MPARISI@MHP.LAW

Application granted. The hearing scheduled for June 18, 2026 is adjourned to July 14, 2026 at 10:00 a.m. to be held in-person in Courtroom 520 of the White Plains courthouse.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 26.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            June 15, 2026

June 12, 2026

**Adjournment Request**

**VIA ECF**
Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *Neider v. Westchester County Board of Elections, et al.*
        Case No. 7:26-cv-04228-PMH
        Request for Adjournment of Appearance:

Dear Judge Halpern:

Our firm represents Plaintiff Brandon J. Neider ("Plaintiff" or "Mr. Neider") in the above-referenced action.

We write respectfully to request an adjournment of the appearance presently scheduled before Your Honor on Wednesday, June 18, 2026, due to undersigned counsel's unavailability to appear on that date.

In connection with this request, I have conferred with Defendants' counsel, Francesca L. Mountain, Esq., Senior Assistant County Attorney in the Westchester County Attorney's Office, and this request is made on consent. Accordingly, the parties respectfully submit the following proposed alternative dates, subject to the Court's convenience: June 26, 2026; July 1, 2026, after 10:30am; or July 2, 2026.

Thank you for your consideration of this request.

Respectfully submitted,

MCGOWAN HARRINGTON PARISI PLLC

*s/ Matthew G. Parisi*

MATTHEW G. PARISI

cc:    Francesca L. Mountain, Esq.
        (*via ECF*)