UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON J. NEIDER

Plaintiff,

-against-

WESTCHESTER COUNTY BOARD OF ELECTIONS, et al.,

Defendants.

**ORDER**

26-CV-04228 (PMH)

PHILIP M. HALPERN, United States District Judge:

A hearing was held on July 14, 2026, concerning Plaintiff's application for a preliminary injunction; Plaintiff's request for leave to amend the Complaint; and Defendants' request for a pre-motion conference concerning their anticipated motion to dismiss the Complaint. Counsel for all parties appeared. For the reasons set forth on the record, the Court ruled as follows:

The Court denied Plaintiff's application for a preliminary injunction, granted Plaintiff's application to file an Amended Complaint, and denied Defendants' request for a pre-motion conference on their anticipated motion to dismiss the Complaint without prejudice to renew.

In light of the above rulings, the Court directs the following: Plaintiff's Amended Complaint (Doc. 35) is deemed filed as of today's date, and will be the operative pleading in this case moving forward; and Defendants will have 14 days from today to serve and file via ECF, either i) an Answer to the Amended Complaint, or ii) a new pre-motion letter in accordance with the Court's Individual Practices.

*See* Transcript.

**SO ORDERED:**

Dated: White Plains, New York
July 14, 2026

Philip M. Halpern
United States District Judge