WESTCHESTER COUNTY

Kenneth W. Jenkins
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

Application granted. The telephone pre-motion conference previously scheduled for August 17, 2026 is adjourned to August 20, 2026 at 2:30 p.m. At the time of the scheduled conference, the parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 40.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 10, 2026

Au

**VIA ECF**

Hon. Philip M. Halpern, U.S.D.J.
United States District Court, S.D.N.Y.
300 Quarropas Street,
White Plains, NY 10601

Re: *Neider v. Westchester County Board of Elections, et al.* 26-cv-04228-PMH

Dear Judge Halpern:

As you know, this office represents Defendants WESTCHESTER COUNTY BOARD OF ELECTIONS; TAJIAN M. NELSON, in her official capacity as Democratic Commissioner; and DOUGLAS A. COLETY, in his official capacity as Republican Commissioner (collectively referred to hereinafter as "Defendants") in the above-referenced action.

Defendants respectfully request a short adjournment of the pre-motion conference scheduled for Monday, August 17, 2026 due to my planned time out of the office. This is the first request for an adjournment of the conference. With consent of Plaintiff's counsel, we are available for the conference on August 19, 2026, August 20, 2026, and August 21, 2026.

Thank you for your attention to this matter.

Respectfully Yours,

Francesca L. Mountain, Esq.
Associate County Attorney
frmt@westchestercountyny.gov

cc: Plaintiff's counsel (via ECF)