UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON J. NEIDER, ET AL.,<br><br>Plaintiffs,<br><br>-against-<br><br>WESTCHESTER COUNTY BOARD OF ELECTIONS, ET AL.,<br><br>Defendants. | 26 CIVIL 4228 (PMH)<br><br>**JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated October 29, 2026, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
November 2, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**